122mj947

**United States District Court**
**Violation Notice** (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NG 26 | 9408697 | Rochez | 2049 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 11/07/22 2:17PM
Offense Charged: ☐ CFR ☑ USC ☐ State Code: 18 USC 930
Place of Offense: MLK Visitor Center (450 Auburn Ave)
Offense Description; Factual Basis for Charge: Possession of a weapon in a Federal Facility.

DEFENDANT INFORMATION
Last Name: Ramagopal
First Name: Arum
D.L. State: GA
Adult ☑  Sex: Male ☑

APPEARANCE IS REQUIRED
A ☑ If Box A is checked, you must appear in court. See instructions.

PAY THIS AMOUNT AT www.cvb.uscourts.gov

X Defendant Signature: [signature]
Original - CVB Copy

---

**United States District Court**
**Violation Notice** (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NG 26 | 9408698 | Rochez | 2049 |

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 11/7/22 2:17PM
Offense Charged: ☑ CFR ☐ USC ☐ State Code: 36 CFR 2.15(A)(1)
Place of Offense: MLK Visitor Center (450 Auburn Ave)
Offense Description; Factual Basis for Charge: pet in a closed area

DEFENDANT INFORMATION
Last Name: Ramagopal
First Name: Arum
D.L. State: GA
Adult ☑  Sex: Male ☑

APPEARANCE IS REQUIRED
A ☑ If Box A is checked, you must appear in court. See instructions.

PAY THIS AMOUNT AT www.cvb.uscourts.gov

X Defendant Signature: [signature]
Original - CVB Copy